[Nos. 26903-8-I; 26906-8-I. Division One. August 3, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. KEVIN SCOTT OLSEN, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 89-1-04576-8, Robert E. Dixon, J., entered September 17, 1990. *Affirmed* by unpublished opinion per Pekelis, J., concurred in by Scholfield and Baker, JJ.

[Nos. 27374-4-I; 27375-2-I. Division One. August 3, 1992.]

THE STATE OF WASHINGTON, *Appellant*, v. FRANCISCO LOPEZ ARTIAGA, *Respondent*.

THE STATE OF WASHINGTON, *Appellant*, v. IGNACIO ARTIAGA-CABRERA, *Respondent*.

Appeals from judgments of the Superior Court for King County, Nos. 90-1-03773-4, 90-1-03774-2, LeRoy McCullough, J., entered November 30 and December 7, 1990. *Affirmed* by unpublished opinion per Webster, A.C.J., concurred in by Baker and Agid, JJ.

[No. 31048-8-I. Division One. August 3, 1992.]

THE STATE OF WASHINGTON, *Appellant*, v. EDDIE ALDRIDGE, *Respondent*.

Appeal from a judgment of the Superior Court for Skagit County, No. 92-1-00150-1, Stanley K. Bruhn, J., entered July 17, 1992. *Reversed* by unpublished per curiam opinion.